David E. Schlesinger, AZ Bar No. 025224
schlesinger@nka.com
Rachhana T. Srey, MN Bar No. 340133*
srey@nka.com
Michele R. Fisher, MN Bar No. 303069*
fisher@nka.com
Kayla M. Kienzle, MN Bar No. 0399975*
kkienzle@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 215-6870

Benjamin L. Davis, III, MD Bar No. 29774*
bdavis@nicholllaw.com
The Law Offices of Peter T. Nicholl
36 South Charles Street, Suite 1700
Baltimore, MD 21201
Tel: (410) 244-7005
Fax: (410) 244-1047

*admitted *pro hac vice*

Attorneys for Plaintiffs and the Putative FLSA Collective

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Juliana Daklin and Samantha Thaler, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>GlobalTranz Enterprises, LLC,<br><br>Defendant. | Case No.: CV 21-00204-PHX-JJT<br><br>**STIPULATION REGARDING STAY AND ARBITRATION PROCESS** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Juliana Daklin and Samantha Thaler as well as opt-in Plaintiffs ("Plaintiffs") and Defendant GlobalTranz Enterprises, LLC ("GlobalTranz"), that the following Stipulation may be entered as an Order by the Court as set forth below:

/ / /

1. The parties agree to stay the proceeding and engage in the arbitration process at the American Arbitration Association as detailed in this Stipulation and in Plaintiffs' and the opt-ins' arbitration agreements.

2. Rather than immediately filing Consent to Join forms in court or demands in arbitration for claims asserted in this action (or any related wage and hour claims), Plaintiffs' Counsel will first notify Defendant's Counsel of any new plaintiffs by emailing a copy of the Consent to Join form to Defendant's Counsel.

3. Defendant will have 10 days from the date of that email to respond by email to Plaintiffs' Counsel with evidence an arbitration agreement exists for that individual applicable to the alleged three-year statutory period under the Fair Labor Standards Act.

4. If an arbitration agreement exists (e.g., there is evidence it was electronically consented to consistent with evidence Defendant produced for the named Plaintiffs), filing of that Consent to Join form shall be limited to the arbitration forum.

5. If the arbitration agreement is not provided to Plaintiffs' Counsel within 10 days as discussed in Paragraph 3, that plaintiff is not prevented by this Stipulation from filing his or her claims in a court with jurisdiction.

6. The statute of limitations for wage and hour claims for putative plaintiffs who submit a Consent to Join form shall be tolled from the date their signed Consent to Join form is emailed to Defendant's Counsel, through the date the tolling is subsequently continued by their filing in arbitration or in court.

7. The statute of limitations for the wage and hour claims asserted by Plaintiffs who already opted into the above-captioned matter shall be tolled from the date their signed Consent to Join form was filed with the Court through and including the date their demands are filed in arbitration, or court (to the extent they are not subject to arbitration pursuant to Paragraph 5), whichever applies.

8. This Stipulation shall not prevent the parties from reaching agreement to submit claims to arbitration for any individuals not subject to arbitration.

RESPECTFULLY SUBMITTED this 19th day of May 2021.

NICHOLS KASTER, PLLP

By: *s/Michele R. Fisher*
Michele R. Fisher
David E. Schlesinger
Rachhana T. Srey
Kayla M. Kienzle
*Attorneys for Plaintiffs JULIANA DAKLIN and SAMANTHA THALER*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *s/Andrew B. Kleiner*
Andrew B. Kleiner
Julie E. Maurer
Jack E. Jimenez
*Attorneys for Defendant GLOBALTRANZ ENTERPRISES, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2021 I electronically transmitted the foregoing to the Clerk's office using the Court's CM/ECF system, to the following CM/ECF registrants and thereby served all counsel of record in this matter.

Benjamin L. Davis, III
The Law Offices of Peter T. Nicholl
36 South Charles Street, Suite 1700
Baltimore, MD 21201
*Attorneys for Plaintiffs*
*JULIANA DAKLIN and*
*SAMANTHA THALER*

Julie E. Maurer
Andrew B. Kleiner
LEWIS BRISBOIS BISGAARD & SMITH LLP
2929 N. Central Avenue, Suite 1700
Phoenix, AZ 85012

Jack E. Jimenez
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
*Attorneys for Defendant*
*GLOBALTRANZ ENTERPRISES, LLC*