**EXHIBIT A**

Peter T. Nicholl
William C. Bugby
Caitlin K. Carpenter
Michael T. Edmonds
William Heveridge, Jr.
Kevin P. Bilms
Scott E. Nevin
Thomas F. Burris, III
George E. Swegman
Jonathan A. Cyrson
Benjamin L. Davis, III
John M. Williams, Jr.
Kelly A. Burgy
Molly A. Nicholl

**Peter T. Nicholl**
ATTORNEYS AND COUNSELLORS

SUITE 1700
36 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201

TELEPHONE (410) 244-7005
1-800-303-1930
FAX (410) 244-1047
WWW.NICHOLLLAW.COM

555 CRAWFORD STREET
PORTSMOUTH, VA 23704
(757) 397-6424

· ADMITTED IN MD
· ADMITTED IN DC
· ADMITTED IN NJ
* ADMITTED IN VA
· ADMITTED IN DE
v ADMITTED IN VA, NY, MA

November 3, 2020

Advertising Material

Mr. Cory Hessler
2740 3RD Street
Hurricane, WV 25526

RE:   Wage and Hour Investigation

Dear Mr. Hessler:

The Law Offices of Peter T. Nicholl are currently investigating the pay practices and procedures of GlobalTranz. We want to ensure that past and current employees of GlobalTranz are being paid fairly and correctly. Our firm is investigating whether employees in the position of Logistics Representative were potentially not paid properly and entitled to overtime wages. We have reason to believe that you have worked, or work, for GlobalTranz and may have information that could be useful to our investigation.

We would appreciate any information that you are able to share. Please call us at 410-244-7005 during normal business hours. For your convenience, we have set up a Wage & Hour Hotline for calls between 5:00 p.m. and 6:30 p.m., Eastern Standard Time. The number to call is 443-320-7400. Additional information can be found at our website, www.nicholllaw.com. Thank you.

Very truly yours

Benjamin L. Davis, III

BLD/man

Advertising Material