**EXHIBIT B**



4700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Phone: (612) 256-3200
Toll-free: (877) 448-0492
Fax: (612) 338-4878

June 9, 2021

Lori Hayes
5030 Randleman Rd.
Greensboro, NC 27406-9108

## THIS IS AN ADVERTISEMENT FOR LEGAL SERVICES

Re:   Unpaid Overtime Claims Against GlobalTranz Enterprises, LLC

Dear Lori,

We, along with The Law Offices of Peter T. Nicholl, are handling unpaid overtime claims against GlobalTranz Enterprises, LLC ("GlobalTranz") on behalf of Logistics Representatives, Inside Sales – Account Managers, Carrier Sales Representatives, Account Coordinators, LTL Representatives, and similar job titles ("logistics representatives"). We understand that you are or were employed by GlobalTranz.

We believe that GlobalTranz may have violated the federal Fair Labor Standards Act by not paying logistics representatives for all the overtime hours they worked (hours over 40 in a workweek). We understand that GlobalTranz assigned logistics representatives a heavy workload that required them to work overtime hours and paid them a salary with no extra pay for their overtime hours.

We reached an agreement with GlobalTranz that logistic representatives who make a claim for overtime pay will not be required to go to court, but rather, can go through a less-formal process called arbitration. We are currently working with GlobalTranz to get data to calculate the amount of overtime pay potentially owed for those who make a claim to see if a settlement can be reached.

If you work or worked for GlobalTranz, in any state, in the above-listed positions or a similar position, and you would like to make a claim in arbitration for overtime pay, return the enclosed Plaintiff Consent Form. Alternatively, you can make a claim at http://bit.ly/globaltranzclaim or by scanning below with the camera on your phone:



For more information, you can contact the case clerk Julia McGuire at (612) 256-3267 or jmcguire@nka.com. You may also visit globaltranzovertime.com for information.

Sincerely,

Michele R. Fisher
Attorney at Law

www.nka.com

## GLOBALTRANZ ENTERPRISES, LLC
## OVERTIME CLAIM FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), GlobalTranz Enterprises, LLC ("Defendant") and any other related entities or affiliates, to recover overtime pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as a Logistics Representative, Inside Sales – Account Manager, Carrier Sales Representative, Account Coordinator, LTL Representative, or in a similar job title, and did not receive proper overtime compensation for the overtime hours I worked.

Date: _____

Signature: _____

Print Name: _____

Address: _____

City, State, Zip: _____

Best Phone Number(s): _____

Email: _____

---

**Join electronically at** http://bit.ly/consentglobaltranz

or scan below with phone camera:



**Or return by fax, email, or mail to:**

Nichols Kaster, PLLP
Attn: Michele R. Fisher
Email: consents@nka.com
Fax: (612) 215-6870
Address: 4700 IDS Center, 80 South 8th Street
Minneapolis, MN 55402