**EXHIBIT D**

## Kleiner, Andrew



**From:** Fisher, Michele
**Sent:** Tuesday, September 7, 2021 12:13 PM
**To:** Kleiner, Andrew <Andrew.Kleiner@lewisbrisbois.com>
**Cc:** Jimenez, Jack <Jack.Jimenez@lewisbrisbois.com>; Maurer, Julie <Julie.Maurer@lewisbrisbois.com>; Kienzle, Kayla <kkienzle@nka.com>; McGuire, Julia <jmcguire@nka.com>; Asong-Morfaw, Marie-Tessa <masong-morfaw@nka.com>; Birchem, Hillary <hbirchem@nka.com>
**Subject:** RE: Daklin et al. v. GlobalTranz Enterprises, LLC: Arbitration

Andrew,

We disagree with your assertion there is anything wrong with our website or the ad letters. We take great care to ensure our ad letters comply with advertising rules. And frankly, Defendant's demands and threats are disappointing as they are without merit. Be advised that, to the extent a court will even entertain what Defendant is contemplating filing, we will seek our fees and costs for such a frivolous filing.

We will just move forward with filing our clients' demands in arbitration. Defendant's actions do not reflect the good faith settlement negotiations we thought we were pursuing.

**Michele R. Fisher**
Partner | Nichols Kaster, PLLP
D: (612) 256-3229 | www.nka.com

**From:** Kleiner, Andrew <Andrew.Kleiner@lewisbrisbois.com>
**Sent:** Tuesday, September 7, 2021 11:56 AM
**To:** Fisher, Michele <fisher@nka.com>
**Cc:** Jimenez, Jack <Jack.Jimenez@lewisbrisbois.com>; Maurer, Julie <Julie.Maurer@lewisbrisbois.com>; Kienzle, Kayla <kkienzle@nka.com>; McGuire, Julia <jmcguire@nka.com>; Asong-Morfaw, Marie-Tessa <masong-morfaw@nka.com>; Birchem, Hillary <hbirchem@nka.com>
**Subject:** RE: Daklin et al. v. GlobalTranz Enterprises, LLC: Arbitration

*Rule 408; Confidential Settlement Communication*

Michelle,



  As a separate matter, despite our cease and desist demand to you dated July 7, 2021 (to which you failed to respond), you continue to improperly solicit opt-ins using misleading and false information in correspondence sent directly to employees' home addresses as well as via your Firm's website. We hereby demand that you preserve any and all information and/or documentation related to employees' home addresses and how you came to be in possession of such information as well as the written solicitations (including all drafts of same) you have made to current and former GlobalTranz employees and the solicitations posted on your Firm's website.

  Given the ongoing nature of your improper solicitations, we have no choice but to raise this conduct with the Court. You must immediately cease your continued solicitation and use of improper and misleading propaganda. Be aware that continued improper solicitation tactics will also chill any efforts for early resolution of this matter.

  We look forward to your prompt response.

**From:** Fisher, Michele <fisher@nka.com>
**Sent:** Tuesday, September 7, 2021 3:39 AM