**EXHIBIT E-1**

PageVault

| | |
|---|---|
| Document title: | GlobalTranz Enterprises, LLC \| Nichols Kaster |
| Capture URL: | https://www.nka.com/cases/employment-cases/globaltranz-enterprises.html |
| Captured site IP: | 52.6.93.117 |
| Page loaded at (UTC): | Fri, 03 Sep 2021 17:23:55 GMT |
| Capture timestamp (UTC): | Fri, 03 Sep 2021 17:32:28 GMT |
| Capture tool: | v7.9.999 |
| Collection server IP: | 54.89.19.39 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 6.3.9600.0 (6.3.9600.0) |
| PDF length: | 3 |
| Capture ID: | e881bb44-1278-4d55-b526-2b5b96c6fc1b |
| User: | pagevault-kara |

PDF REFERENCE #:    fsN1ng3ewjpYCZQ4CR3crL



877-448-0492 | info@nka.com | About | Careers | News & Articles

Practice Areas   Our People   Cases   Investigations   Results   Contact

| Cases | Employment Cases | GlobalTranz Enterprises, LLC

EMPLOYMENT

# GlobalTranz Enterprises, LLC

Thaler and Daklin, et al v. GlobalTranz Enterprises, LLC
Case No. 2:21-cv-00204-JJT (District of Arizona)

On February 8, 2021, we filed an overtime lawsuit in court against GlobalTranz Enterprises, LLC ("GlobalTranz"). Plaintiffs asserted claims on behalf of themselves and other similarly situated individuals, including Logistics Representatives, Inside Sales – Account Managers, Carrier Sales Representatives, Account Coordinators, LTL Representatives, or others in similar job titles (collectively, "Logistics Representatives"). The Complaint alleges that as of approximately April 2019, GlobalTranz misclassified its Logistics Representatives as exempt from the Fair Labor Standards Act's ("FLSA") overtime protections, and improperly denied them overtime pay.

We have since reached an agreement with GlobalTranz that Logistics Representatives who make a claim for overtime pay will not be required to go to court, but rather, can go through a less-formal process called arbitration. We are still accepting new claims for overtime pay from Logistics Representatives anywhere in the country who worked overtime hours for which they were not paid time-and-a-half.

Our firm is partnering with attorney Benjamin L. Davis of The Law Offices of Peter T. Nicholl in Baltimore, Maryland.

JOIN THE CASE      UPDATE CONTACT INFO

**Attorneys**
Rachhana T. Srey
Michele R. Fisher
Kayla M. Kienzle

**Staff**
Tessa Asong-Morfaw
Julia McGuire

**Type of Case**
Unpaid Overtime

**Share**

Eligibility | Additional Information | Case Updates

## Am I eligible?

You are eligible to make a claim if you worked as a Logistics Representative, Inside Sales – Account Manager, Carrier Sales Representative, Account Coordinator, LTL Representative, or other position with similar title and/or duties for GlobalTranz at any time between April of 2019 and the present and were not paid an overtime premium for the hours you worked over 40 per week.

The information you obtain at this site is not, nor is it intended to be, legal advice. You should consult an attorney for advice regarding your individual situation. We invite you to contact us and welcome your calls, letters and electronic mail. Contacting us does not create an attorney-client relationship. Please do not send any confidential information to us until such time as an attorney-client relationship has been established. Read full Disclaimer.

**Nichols Kaster**

Minneapolis

**Practice Areas**

Employee Rights

**Cases & Investigations**

Cases

**Our People**

Our attorneys are zealous advocates committed to

EMPLOYMENT

# GlobalTranz Enterprises, LLC

Thaler and Daklin, et al v. GlobalTranz Enterprises, LLC
Case No. 2:21-cv-00204-JJT (District of Arizona)

**Attorneys**

Rachhana T. Srey

Michele R. Fisher

Kayla M. Kienzle

**Staff**

Tessa Asong-Morfaw

Julia McGuire

**Type of Case**
Unpaid Overtime

On February 8, 2021, we filed an overtime lawsuit in court against GlobalTranz Enterprises, LLC ("GlobalTranz"). Plaintiffs asserted claims on behalf of themselves and other similarly situated individuals, including Logistics Representatives, Inside Sales – Account Managers, Carrier Sales Representatives, Account Coordinators, LTL Representatives, or others in similar job titles (collectively, "Logistics Representatives"). The Complaint alleges that as of approximately April 2019, GlobalTranz misclassified its Logistics Representatives as exempt from the Fair Labor Standards Act's ("FLSA") overtime protections, and improperly denied them overtime pay.

We have since reached an agreement with GlobalTranz that Logistics Representatives who make a claim for overtime pay will not be required to go to court, but rather, can go through a less-formal process called arbitration. We are still accepting new claims for overtime pay from Logistics Representatives anywhere in the country who worked overtime hours for which they were not paid time-and-a-half.

Our firm is partnering with attorney Benjamin L. Davis of The Law Offices of Peter T. Nicholl in Baltimore, Maryland.

**Share**

**JOIN THE CASE**     **UPDATE CONTACT INFO**

---

## Eligibility | Additional Information | Case Updates

### Am I eligible?

You are eligible to make a claim if you worked as a Logistics Representative, Inside Sales – Account Manager, Carrier Sales Representative, Account Coordinator, LTL Representative, or other position with similar title and/or duties for GlobalTranz at any time between April of 2019 and the present and were not paid an overtime premium for the hours you worked over 40 per week.

The information you obtain at this site is not, nor is it intended to be, legal advice. You should consult an attorney for advice regarding your individual situation. We invite you to contact us and welcome your calls, letters and electronic mail. Contacting us does not create an attorney-client relationship. Please do not send any confidential information to us until such time as an attorney-client relationship has been established. Read full Disclaimer.

---

**Nichols Kaster**

**Minneapolis**
IDS Center, 80 South 8th Street
Suite 4700
Minneapolis, MN 55402

**San Francisco**
235 Montgomery Street
Suite 810
San Francisco, CA 94104

Toll-Free: 877.448.0492
Email: intake@nka.com

Contact Us →

**Practice Areas**

Employee Rights

401(k) & Benefits

Consumer Rights

Civil Rights and Impact Litigation

All Practice Areas →

**Cases & Investigations**

Cases

Investigations

**Our People**

Our attorneys are zealous advocates committed to fighting for the justice our clients deserve. Skill and professionalism are just as important as the ability to connect on a personal level. Our dedicated staff have unparalleled commitment to our clients as well, and together with our attorneys, they work tirelessly to advance employee and consumer rights.

Meet Our People →

    © Copyright 2021 Nichols Kaster, PLLP.    Disclaimer | Sitemap | Privacy Policy | Photography by Caroline Yang | Minneapolis Website Design by Plaudit Design

Document title: GlobalTranz Enterprises, LLC | Nichols Kaster
Capture URL: https://www.nka.com/cases/employment-cases/globaltranz-enterprises.html
Capture timestamp (UTC): Fri, 03 Sep 2021 17:32:28 GMT
Page 2 of 2

**EXHIBIT E-2**

🔒 **PageVault**

| | |
|---|---|
| Document title: | GlobalTranz Enterprises, LLC \| Nichols Kaster |
| Capture URL: | https://www.nka.com/cases/employment-cases/globaltranz-enterprises.html#additional-information |
| Captured site IP: | 52.6.93.117 |
| Page loaded at (UTC): | Fri, 03 Sep 2021 17:23:55 GMT |
| Capture timestamp (UTC): | Fri, 03 Sep 2021 17:33:08 GMT |
| Capture tool: | v7.9.999 |
| Collection server IP: | 54.89.19.39 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 6.3.9600.0 (6.3.9600.0) |
| PDF length: | 4 |
| Capture ID: | aee24678-0103-40d9-ae2b-354be6a3814b |
| User: | pagevault-kara |

PDF REFERENCE #:       wCKPncmr9mFVkMu4qM2iK8



There is a statute of limitations, which allows workers to recover unpaid overtime wages within specific time periods. Under federal law, it can be two or three years, depending on how long it takes to sign up by completing and returning the written consent form referenced above. Since we have reason to believe GlobalTranz reclassified its Logistics Representatives from hourly to salaried in approximately April of 2019, all Logistics Representatives that worked for the company at any time between then and the present are eligible to make a claim.

### Do I Have to Pay Anything?

You do not have to pay anything to make a claim. We are handling these matters on a contingency fee basis. This means we will only be paid if we are successful in obtaining relief either through a settlement, award, or a final judgment, and that payment will only come out of that settlement, award, or final judgment.

### How Do I Prove I Worked Overtime?

If you have records of the hours you worked, please preserve and keep them until we ask you for them. However, you do not need to have records of your work hours to make a claim for your overtime pay. If GlobalTranz did not keep accurate time records, you are permitted to make a good-faith estimate of your work hours. We will seek any records the company may have of your hours worked as well.

### What About Retaliation?

It is against the law for an employer to retaliate against a person for making a claim for unpaid wages. If you currently work for GlobalTranz and you believe you may be the victim of retaliation for joining, contact the case clerk, Julia McGuire at (612) 256-3267 or jmcguire@nka.com immediately.

### How Long Will This Case Take?

The length of this kind of lawsuit varies, but can typically last one to three years.

### Is There Money Available Now?

No. These matters are ongoing. There is no money currently available and there is no guarantee that you will receive money.

### How Can I Help?

If you know any Logistics Representatives interested in making a claim for unpaid overtime, they should contact the case clerk, Julia McGuire, at (612) 256-3267 or jmcguire@nka.com to sign up.

### How Do I Learn More?

To learn more, feel free to contact the case clerk, Julia McGuire at (612) 256-3267 or jmcguire@nka.com.

The information you obtain at this site is not, nor is it intended to be, legal advice. You should consult an attorney for advice regarding your individual situation. We invite you to contact us and welcome your calls, letters and electronic mail. Contacting us does not create an attorney-client relationship. Please do not send any confidential information to us until such time as an attorney-client relationship has been established. Read full Disclaimer.

---

**Nichols Kaster**

**Minneapolis**
IDS Center, 80 South 8th Street
Suite 4700
Minneapolis, MN 55402

**San Francisco**
235 Montgomery Street
Suite 810
San Francisco, CA 94104

Toll-Free: 877.448.0492

**Practice Areas**

Employee Rights

401(k) & Benefits

Consumer Rights

Civil Rights and Impact Litigation

**Cases & Investigations**

Cases

Investigations

**Our People**

Our attorneys are zealous advocates committed to fighting for the justice our clients deserve. Skill and professionalism are just as important as the ability to connect on a personal level. Our dedicated staff have unparalleled commitment to our clients as well, and together with our attorneys, they work tirelessly to advance employee and consumer rights.

#### Do I Have to Pay Anything?

You do not have to pay anything to make a claim. We are handling these matters on a contingency fee basis. This means we will only be paid if we are successful in obtaining relief either through a settlement, award, or a final judgment, and that payment will only come out of that settlement, award, or final judgment.

#### How Do I Prove I Worked Overtime?

If you have records of the hours you worked, please preserve and keep them until we ask you for them. However, you do not need to have records of your work hours to make a claim for your overtime pay. If GlobalTranz did not keep accurate time records, you are permitted to make a good-faith estimate of your work hours.  We will seek any records the company may have of your hours worked as well.

#### What About Retaliation?

It is against the law for an employer to retaliate against a person for making a claim for unpaid wages. If you currently work for GlobalTranz and you believe you may be the victim of retaliation for joining, contact the case clerk, Julia McGuire at (612) 256-3267 or jmcguire@nka.com immediately.

#### How Long Will This Case Take?

The length of this kind of lawsuit varies, but can typically last one to three years.

#### Is There Money Available Now?

No. These matters are ongoing. There is no money currently available and there is no guarantee that you will receive money.

#### How Can I Help?

If you know any Logistics Representatives interested in making a claim for unpaid overtime, they should contact the case clerk, Julia McGuire, at (612) 256-3267 or jmcguire@nka.com to sign up.

#### How Do I Learn More?

To learn more, feel free to contact the case clerk, Julia McGuire at (612) 256-3267 or jmcguire@nka.com.

The information you obtain at this site is not, nor is it intended to be, legal advice. You should consult an attorney for advice regarding your individual situation. We invite you to contact us and welcome your calls, letters and electronic mail. Contacting us does not create an attorney-client relationship. Please do not send any confidential information to us until such time as an attorney-client relationship has been established. Read full Disclaimer.

**Nichols Kaster**

**Minneapolis**
IDS Center, 80 South 8th Street
Suite 4700
Minneapolis, MN 55402

**San Francisco**
235 Montgomery Street
Suite 810
San Francisco, CA 94104

**Toll-Free:** 877.448.0492
**Email:** intake@nka.com

Contact Us →

**Practice Areas**

Employee Rights
401(k) & Benefits
Consumer Rights
Civil Rights and Impact Litigation

All Practice Areas →

**Cases & Investigations**

Cases
Investigations

**Our People**

Our attorneys are zealous advocates committed to fighting for the justice our clients deserve. Skill and professionalism are just as important as the ability to connect on a personal level. Our dedicated staff have unparalleled commitment to our clients as well, and together with our attorneys, they work tirelessly to advance employee and consumer rights.

Meet Our People →

    © Copyright 2021 Nichols Kaster, PLLP.    Disclaimer  |  Sitemap  |  Privacy Policy  |  Photography by Caroline Yang  |  Minneapolis Website Design by Plaudit Design