# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juliana Daklin, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>GlobalTranz Enterprises LLC,<br><br>        Defendant. | NO. CV-21-00204-PHX-JJT<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed May 25, 2022, judgment of dismissal is entered. This matter is hereby closed.

                                                Debra D. Lucas
                                                District Court Executive/Clerk of Court

May 25, 2022

                                                s/ L. Dixon
                                  By   Deputy Clerk